UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN THE MATTER OF THE
COMPLAINT OF OMEGA PROTEIN,
INC.,
OWNER OF F/V SANDY POINT                      C.A. NO. 1:11-CV-215-HSO-JMR
FOR EXONERATION FROM AND/OR
LIMITATION OF LIABILITY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

BEVERLY ANN MOORE, INDIVIDUALLY AND
AS PERSONAL REPRESENTATIVE OF
THOMAS LEE MOOORE                              PLAINTIFF

VERSUS                                         C.A NO. 1:11-CV-217-HSO-JMR

OMEGA PROTEIN, INC., EURUS LONDON,
LLC AND GREAT WHITE FLEET, LTD                 DEFENDANTS

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IN THE MATTER OF EURUS LONDON, LLC,
AS OWNER OF THE
M/V EURUS LONDON,                              C.A. NO. 1:11-CV-443-HSO-JMR
IN A CAUSE OF EXONERATION FROM, OR
LIMITATION OF, LIABILITY

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

UPON THE MOTION of Beverly Ann Moore, Individually and as Personal Representative of Thomas Lee Moore, to dismiss all claims against Omega Protein, Inc. and Omega Shipyard, Inc. in this matter and all matters which the Court consolidated, and based upon the representations of counsel that said Motion is unopposed, the Court sustains said motion and the claims are hereby dismissed with prejudice, each party to bear its own costs.

SO ORDERED, this the 17th day of December, 2012.

*Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT COURT JUDGE