UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE COMPLAINT OF OMEGA PROTEIN, INC., OWNER OF F/V SANDY POINT FOR EXONERATION FROM AND/OR LIMITATION OF LIABILITY | C.A. NO. 1:11-CV-215-HSO-JMR |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| VANESSA WATKINS, AS PERSONAL REPRESENTATIVE OF RHODERICK WATKINS | PLAINTIFF |
| VERSUS | C.A NO. 1:11-CV-309-HSO-JMR |
| OMEGA PROTEIN, INC., EURUS LONDON, LLC AND GREAT WHITE FLEET, LTD | DEFENDANTS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| IN THE MATTER OF EURUS LONDON, LLC, AS OWNER OF THE M/V EURUS LONDON, IN A CAUSE OF EXONERATION FROM, OR LIMITATION OF, LIABILITY | C.A. NO. 1:11-CV-443-HSO-JMR |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

UPON THE MOTION of Vanessa Watkins, as Personal Representative of Rhoderick Watkins, to dismiss all claims against Omega Protein, Inc. and Omega Shipyard Inc. in this matter and all matters which the Court consolidated, and based upon the representations of counsel that said Motion is unopposed, the Court sustains said motion and the claims are hereby dismissed with prejudice, each party to bear its own costs.

SO ORDERED, this the 17th day of December, 2012.

*Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT COURT JUDGE